MARK E. DAVIS—BAR NO. 79936
ADAM J. DAVIS –BAR NO. 275964
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax:    408.985.1814
mdavis@davisyounglaw.com
eric@davisyounglaw.com

Attorneys for Defendant
ALEX TAURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>CABRILLO COLLEGE, a local educational agency; and ALEX B. TAURKE, an individual,<br><br>          Defendants. | No. 5:17-cv-02870-SVK<br><br>**ANSWER OF DEFENDANT ALEX TAURKE TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**[DEMAND FOR JURY TRIAL]** |

Defendant ALEX TAURKE answers the Complaint for Damages and Injunctive Relief of Plaintiff Gabrielle Gangitano on file herein ("Complaint"), as follows:

**INTRODUCTION**

1.  Answering the allegations of Paragraph 1 of the Complaint, Defendant alleges that no response is required.

2.  Answering the allegations in Paragraph 2 of the Complaint, Defendant admits that during the 2016 Spring Academic Semester Plaintiff was a student and Defendant was an instructor at Cabrillo. Except as specifically admitted herein, Defendant denies the remaining allegations contained in Paragraph 2.

3.  Answering the allegations contained in Paragraph 3 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein

sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

4. Answering the allegations contained in Paragraph 4 of the Complaint, Defendant denies the allegations of continuous conduct that was unwanted, inappropriate and injurious and the allegations that Defendant was unfit and/or was a substantial risk of abuse to students. As for the remaining allegations contained in Paragraph 4, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

5. Answering the allegations contained in Paragraph 5 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

6. Answering the allegations contained in Paragraph 6 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

**JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT**

7. Answering the allegations in Paragraph 7 of the Complaint, Defendant admits that Plaintiff's Complaint contains such causes of action.

8. Answering the allegations contained in Paragraph 8 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said

allegations and the whole thereof.

9. Answering the allegations contained in Paragraph 9 of the Complaint, Defendant denies the allegations of wrongful conduct. As for the remaining allegations contained in Paragraph 9, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

10. Answering the allegations contained in Paragraph 10 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

## PARTIES

11. Answering the allegations contained in Paragraph 10 of the Complaint, Defendant admits that Plaintiff was a student at Cabrillo. As for the remaining allegations contained in Paragraph 11, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

12. Answering the allegations contained in Paragraph 13 of the Complaint, Defendant admits.

13. Answering the allegations contained in Paragraph 13 of the Complaint, Defendant admits.

14. Answering the allegations contained in Paragraph 14 of the Complaint, Defendant admits that his conduct was within the course and scope of employment. As for the remaining allegations contained in Paragraph 14, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and

every, all and singular, generally and specifically, said allegations and the whole thereof.

## STATEMENT OF FACTS

15. Answering the allegations contained in Paragraph 15 of the Complaint, Defendant denies the allegation of unlawful conduct. Defendant denies the allegation that Plaintiff was a tutor acting under the guidance of Defendant. Defendant admits the remaining allegations to the extent Defendant asked Plaintiff to become a supplemental instruction leader, but denies that this was done instead of having Plaintiff work as a tutor.

16. Answering the allegations contained in Paragraph 16 of the Complaint, Defendant denies that throughout the course of the semester he was involved in incidents of a sexual nature that were sometimes accompanied by inappropriate physical touching. As for the remaining allegations contained in Paragraph 16, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

17. Answering the allegations contained in Paragraph 17 of the Complaint, Defendant admits that he possibly offered Plaintiff food, that he hugged Plaintiff and that before meeting with Plaintiff he may have closed the blinds in this office earlier in the day. Defendant admits that he recommended to Plaintiff that she complete her lower division math classes before transferring to another school. Defendant admits that the frequency of the number of times he and Plaintiff saw each other increased toward the end of the semester. As for the remaining allegations contained in Paragraph 17, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

18. Answering the allegations contained in Paragraph 18 of the Complaint, Defendant admits.

1  19. Answering the allegations contained in Paragraph 19 of the Complaint,
2  Defendant admits

3  20. Answering the allegations contained in Paragraph 20 of the Complaint,
4  Defendant alleges that he has no information or belief upon the subjects contained therein
5  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
6  on that ground, denies each and every, all and singular, generally and specifically, said
7  allegations and the whole thereof.

8  21. Answering the allegations contained in Paragraph 21 of the Complaint,
9  Defendant admits that during the meeting he moved his chair closer to Plaintiff.  As for the
10  remaining allegations contained in Paragraph 21, Defendant alleges that he has no
11  information or belief upon the subjects contained therein sufficient to enable him to answer
12  the allegations in this paragraph and, placing his denial on that ground, denies each and
13  every, all and singular, generally and specifically, said allegations and the whole thereof.

14  22. Answering the allegations contained in Paragraph 22 of the Complaint,
15  Defendant alleges that he has no information or belief upon the subjects contained therein
16  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
17  on that ground, denies each and every, all and singular, generally and specifically, said
18  allegations and the whole thereof.

19  23. Answering the allegations contained in Paragraph 23 of the Complaint,
20  Defendant alleges that he has no information or belief upon the subjects contained therein
21  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
22  on that ground, denies each and every, all and singular, generally and specifically, said
23  allegations and the whole thereof.

24  24. Answering the allegations contained in Paragraph 24 of the Complaint,
25  Defendant alleges that he has no information or belief upon the subjects contained therein
26  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
27  on that ground, denies each and every, all and singular, generally and specifically, said
28  allegations and the whole thereof.

.91608

1   25.  Answering the allegations contained in Paragraph 25 of the Complaint,
2   Defendant alleges that he has no information or belief upon the subjects contained therein
3   sufficient to enable him to answer the allegations in this paragraph and, placing his denial
4   on that ground, denies each and every, all and singular, generally and specifically, said
5   allegations and the whole thereof.

6   26.  Answering the allegations contained in Paragraph 26 of the Complaint,
7   Defendant alleges that he has no information or belief upon the subjects contained therein
8   sufficient to enable him to answer the allegations in this paragraph and, placing his denial
9   on that ground, denies each and every, all and singular, generally and specifically, said
10  allegations and the whole thereof.

11  27.  Answering the allegations contained in Paragraph 27 of the Complaint,
12  Defendant admits that OCR commenced an investigation that involved interviewing
13  Defendant.  As for the remaining allegations contained in Paragraph 27, Defendant alleges
14  that he has no information or belief upon the subjects contained therein sufficient to enable
15  him to answer the allegations in this paragraph and, placing his denial on that ground,
16  denies each and every, all and singular, generally and specifically, said allegations and the
17  whole thereof.

18  28.  Answering the allegations contained in Paragraph 28 of the Complaint,
19  Defendant alleges that he has no information or belief upon the subjects contained therein
20  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
21  on that ground, denies each and every, all and singular, generally and specifically, said
22  allegations and the whole thereof.

23  29.  Answering the allegations contained in Paragraph 29 of the Complaint,
24  Defendant alleges that he has no information or belief upon the subjects contained therein
25  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
26  on that ground, denies each and every, all and singular, generally and specifically, said
27  allegations and the whole thereof.
28  ///

1   30.   Answering the allegations contained in Paragraph 30 of the Complaint,
2   Defendant alleges that he has no information or belief upon the subjects contained therein
3   sufficient to enable him to answer the allegations in this paragraph and, placing his denial
4   on that ground, denies each and every, all and singular, generally and specifically, said
5   allegations and the whole thereof.

6   31.   Answering the allegations contained in Paragraph 31 of the Complaint,
7   Defendant alleges that he has no information or belief upon the subjects contained therein
8   sufficient to enable him to answer the allegations in this paragraph and, placing his denial
9   on that ground, denies each and every, all and singular, generally and specifically, said
10  allegations and the whole thereof.

11  32.   Answering the allegations contained in Paragraph 32 of the Complaint,
12  Defendant admits that he has been allowed to remain on campus as an employee.  As for
13  the remaining allegations contained in Paragraph 32, Defendant alleges that he has no
14  information or belief upon the subjects contained therein sufficient to enable him to answer
15  the allegations in this paragraph and, placing his denial on that ground, denies each and
16  every, all and singular, generally and specifically, said allegations and the whole thereof.

17  33.   Answering the allegations contained in Paragraph 33 of the Complaint,
18  Defendant alleges that he has no information or belief upon the subjects contained therein
19  sufficient to enable him to answer the allegations in this paragraph and, placing his denial
20  on that ground, denies each and every, all and singular, generally and specifically, said
21  allegations and the whole thereof.

22  34.   Answering the allegations in Paragraph 34 of the Complaint, which
23  incorporates Paragraphs 1 through 33 of the Complaint, Defendant refers to its answers to
24  said Paragraphs and, by such reference, incorporates the same herein to have the same
25  force and effect as if set forth fully at length.

26  ///
27  ///
28  ///

## FIRST CAUSE OF ACTION

## Violation of Title IX, 20 U.S.C §1681

## (Against Defendant Cabrillo College)

35.     Answering the allegations contained in Paragraph 35 of the Complaint, Defendant admits that Cabrillo operates an education program or activity receiving federal financial assistance.  The balance of Paragraph 35 is a purported statement of law and does not contain any allegations against Defendant.

36.     Answering the allegations contained in Paragraph 36 of the Complaint, Defendant denies all of the allegations in Paragraph 36.

37.     Answering the allegations contained in Paragraph 37 of the Complaint, Defendant denies all of the allegations in Paragraph 37.

38.     Answering the allegations contained in Paragraph 38 of the Complaint, Defendant denies all of the allegations in Paragraph 38.

39.     Answering the allegations contained in Paragraph 39 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

40.     Answering the allegations contained in Paragraph 40 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

41.     Answering the allegations contained in Paragraph 41 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

.91608

## SECOND CAUSE OF ACTION

### Deprivation of Federal Rights, 42 U.S.C. §1983

### (Against Defendant Cabrillo College)

42. Answering the allegations in Paragraph 42 of the Complaint, which incorporates Paragraphs 1 through 41 of the Complaint, Defendant refers to its answers to said Paragraphs and, by such reference, incorporates the same herein to have the same force and effect as if set forth fully at length.

43. Answering the allegations contained in Paragraph 43 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

44. Answering the allegations contained in Paragraph 44 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

45. Answering the allegations contained in Paragraph 45 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

46. Answering the allegations contained in Paragraph 46 of the Complaint, Defendant denies all of the allegations in Paragraph 46.

## THIRD CAUSE OF ACTION

### Sexual Assault

### (Against Defendant Alex B. Taurke)

47. Answering the allegations in Paragraph 47 of the Complaint, which

incorporates Paragraphs 1 through 46 of the Complaint, Defendant refers to its answers to said Paragraphs and, by such reference, incorporates the same herein to have the same force and effect as if set forth fully at length.

48.   Answering the allegations contained in Paragraph 48 of the Complaint, Defendant denies all of the allegations in Paragraph 48.

49.   Answering the allegations contained in Paragraph 49 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

50.   Answering the allegations contained in Paragraph 50 of the Complaint, Defendant alleges that he has no information or belief upon the subjects contained therein sufficient to enable him to answer the allegations in this paragraph and, placing his denial on that ground, denies each and every, all and singular, generally and specifically, said allegations and the whole thereof.

51.   Answering the allegations contained in Paragraph 51 of the Complaint, Defendant denies all of the allegations in Paragraph 51.

52.   Answering the allegations contained in Paragraph 52 of the Complaint, Defendant denies all of the allegations in Paragraph 52.

### THIRD CAUSE OF ACTION

#### Sexual Battery

#### (Against Defendant Alex B. Taurke)

53.   Answering the allegations in Paragraph 53 of the Complaint, which incorporates Paragraphs 1 through 52 of the Complaint, Defendant refers to its answers to said Paragraphs and, by such reference, incorporates the same herein to have the same force and effect as if set forth fully at length.

54.   Answering the allegations contained in Paragraph 54 of the Complaint, Defendant admits that he touched Plaintiff's knees and thigh while she was in his office.

1  As for the remaining allegations contained in Paragraph 54, Defendant alleges that he has
2  no information or belief upon the subjects contained therein sufficient to enable him to
3  answer the allegations in this paragraph and, placing his denial on that ground, denies
4  each and every, all and singular, generally and specifically, said allegations and the whole
5  thereof.

6      55.    Answering the allegations contained in Paragraph 55 of the Complaint,
7  Defendant denies each and every, all and singular, generally and specifically, said
8  allegations Paragraph 55 of the Complaint, and the whole thereof.

9      56.    Answering the allegations contained in Paragraph 56 of the Complaint,
10 Defendant alleges that he has no information or belief upon the subjects contained therein
11 sufficient to enable him to answer the allegations in this paragraph and, placing his denial
12 on that ground, denies each and every, all and singular, generally and specifically, said
13 allegations and the whole thereof.

14     57.    Answering the allegations contained in Paragraph 57 of the Complaint,
15 Defendant denies all of the allegations in Paragraph 57.

16     58.    Answering the allegations contained in Paragraph 58 of the Complaint,
17 Defendant denies all of the allegations in Paragraph 58.

## AFFIRMATIVE DEFENSES

**AS AND FOR A FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That neither the complaint nor any purported cause of action therein sets forth facts sufficient to state a cause of action against Defendant.

**AS AND FOR A SECOND SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff's claims are barred because at all times relevant hereto the actions of Defendant with respect to Plaintiff were taken in the legitimate exercise of managerial

discretion, based on legitimate, non-discriminatory reasons, and done at all times in good faith.

**AS AND FOR A THIRD SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Defendant is informed and believes, and on that basis alleges, that Plaintiff's claims are barred by any and all applicable statutes of limitation.

**AS AND FOR A FOURTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Defendant is informed and believes, and on that basis alleges, that Plaintiff has failed to mitigate her damages, if any, and thereby is precluded from recovering those damages which could have reasonably been avoided by the exercise of due care on her part.

**AS AND FOR A FIFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**AS AND FOR A SIXTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of waiver and/or estoppel.

**AS AND FOR A SEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Defendant is immune from liability for damages under the doctrine of qualified immunity because their conduct did not violate clearly established statutory or

constitutional rights of which a reasonable person would have known.

**AS AND FOR AN EIGHTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That all acts or omissions by this answering Defendant of which Plaintiff complains were performed (if at all) in good faith and he reasonably believed they were constitutional and lawful, and without any malicious intent to deprive Plaintiff of any constitutional and/or lawful rights.

**AS AND FOR A NINTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff's action is, in whole or in part, barred by the claims presentation requirements of the California Government Claims Act, including, but not limited to, the provisions of California Government Code §§ 905, 945.4, and 911.2.

**AS AND FOR A TENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff was contributorily negligent or otherwise at fault and such conduct contributed to her injuries, if any. Therefore, Plaintiff's recovery should either be barred or reduced to the extent of Plaintiff's own negligence or fault.

**AS AND FOR AN ELEVENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

Plaintiff's claims are barred because no causal relationship exists between any injuries, loss or damages, if any, suffered by Plaintiff and the alleged negligent or wrongful actions, if any, of Defendant.

///

///

**AS AND FOR A TWELFTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That other persons or entities, including both parties and non-parties, were comparatively negligent or otherwise at fault and such conduct contributed to Plaintiff's alleged injuries. Therefore, Plaintiff's recovery, if any, against this answering Defendant should be reduced to the extent of the negligence or fault of these others.

**AS AND FOR A THIRTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That any and all acts or omissions of this answering Defendant, which allegedly caused the injuries or damages alleged in said complaint were the result of an exercise of discretion vested in him. This answering Defendant is, therefore, not liable for the injuries or damages complained of pursuant to Government Code sections 815.2(b) and 820.2.

**AS AND FOR A FOURTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That any and all mandatory duties imposed upon Defendant, the failure of which allegedly gave rise to the incident alleged in the complaint or allegedly caused the injuries complained of, were exercised with reasonable diligence and, therefore, Defendant is not liable for the alleged injuries pursuant to Government Code section 815.6.

**AS AND FOR A FIFTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Defendant is immune from liability for any injuries or damages allegedly caused by the act or omission of another person pursuant to California Government Code section 820.8.

///

**AS AND FOR A SIXTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff's action is barred by the immunities and defenses as afforded by §§ 840 through 960.8 of the California Government Code.

**AS AND FOR A SEVENTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff is barred and estopped from recovery herein by virtue of her own conduct.

**AS AND FOR AN EIGHTEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff's claims are barred by the equitable doctrine of laches.

**AS AND FOR A NINETEENTH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That this answering Defendant was under no mandatory duty imposed by law which was designed to protect against the risk of the particular injury, if any, suffered by Plaintiff as a result of the alleged incident or incidents described in the complaint.

**AS AND FOR A TWENTIETH SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:**

That Plaintiff's claims are barred because Plaintiff failed to exhaust her judicial and/or administrative remedies.

///

///

///

.91608

AS AND FOR A TWENTY-FIRST SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO SAID COMPLAINT AND EACH CAUSE OF ACTION THEREOF, DEFENDANT ALLEGES:

That the answering Defendant reserves the right to assert such other affirmative and special defenses as may become known through the course of discovery.

**DEMAND FOR JURY TRIAL**

Defendants hereby demand a jury trial on all claims in this case.

**PRAYER**

**WHEREFORE**, this answering Defendant prays the Plaintiff take nothing by her Complaint and that this answering Defendant be dismissed hence with attorney's fees, with his costs of suit incurred herein and for such other and further relief as the Court deems fits and proper.

DATED: 7-6-17

DAVIS & YOUNG, APLC

By _____
Mark E. Davis
Attorneys for Defendant
Alex B. Taurke