John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*

*Attorneys for Plaintiff Gabrielle Gangitano*

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CABRILLO COLLEGE, a local educational agency; and ALEX B. TAURKE, an individual,<br><br>Defendants. | Case No. 5:17-cv-02870-LHK<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Assigned to the Hon. Lucy H. Koh<br><br>Complaint filed on May 18, 2017 |

TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 2, 2017

**KRISTENSEN WEISBERG, LLP**

*/s/ John P. Kristensen*
John P. Kristensen
David L. Weisberg
Christina M. Le
Attorneys for Plaintiff

---

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. 17-CV-2870-LHK
-1-