UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO,<br><br>       Plaintiff,<br><br>   v.<br><br>CABRILLO COLLEGE, et al.,<br><br>       Defendants. | Case No. 17-CV-02870-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Christina Le
Defendant Cabrillo College' Attorney: Eugene Elliot
Defendant Taurke's Attorney: Phil Young

　　　An initial case management conference was held on August 23, 2017.  A further case management conference is set for December 13, 2017, at 2:00 p.m.  The parties shall file their joint case management statement by December 6, 2017.

　　　The limitations in the Federal Rules of Civil Procedure shall govern discovery in the instant case.

　　　The Court hereby refers the parties to private mediation with a deadline of November 30, 2017.

　　　The Court set the following case schedule:

1

Case No. 17-CV-02870-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | November 1, 2017 |
| Close of Fact Discovery | February 9, 2018 |
| Opening Expert Reports | February 23, 2018 |
| Rebuttal Expert Reports | March 9, 2018 |
| Close of Expert Discovery | March 23, 2018 |
| Last Day to File Dispositive Motions (one per side in the entire case) | April 6, 2018 |
| Hearing on Dispositive Motions | May 17, 2018 at 1:30 p.m. |
| Final Pretrial Conference | July 26, 2018 at 1:30 p.m. |
| Jury Trial | September 17, 2018 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____
LUCY H. KOH
United States District Judge

2

Case No. 17-CV-02870-LHK
CASE MANAGEMENT ORDER