1  Eugene B. Elliot, State Bar No. 111475
   Ethan M. Lowry, State Bar No. 278831
2  Nicole L. Phillips, State Bar No. 306686
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email:       eelliot@bfesf.com
6
   Attorneys for Defendant CABRILLO COMMUNITY COLLEGE DISTRICT
7

8  Mark E. Davis, Sate Bar No. 79936
   Adam J. Davis, State Bar No. 275964
9  DAVIS & YOUNG, APLC
   1960 The Alameda, Suite 210
10 San Jose, California 95126
   Telephone:   (408) 244-2166
11 Facsimile:   (408) 985-1814
   Email:       mdavis@davisyounglaw.com
12
   Attorneys for Defendant ALEX TAURKE
13

14 John P. Kristensen, State Bar No. 224132
   David L. Weisberg (SBN 211675)
15 Christina M. Le (SBN 237697)
   KRISTENSEN WEISBERG, LLP
16 12540 Beatrice Street, Suite 200
   Los Angeles, California 90066
17 Telephone:   (310) 507-7924
   Facsimile:   (310) 507-7906
18 Email:       john@kristensenlaw.com

   Attorneys for Plaintiff GABRIELLE GANGITANO
19

20                         UNITED STATES DISTRICT COURT

21                        NORTHERN DISTRICT OF CALIFORNIA

| GABRIELLE GANGITANO, | Case No. 5:17-cv-02870-LHK |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE** |
| v. | |
| CABRILLO COLLEGE, and ALEX B. TAURKE, | |
| Defendants. | **Hon. Lucy H. Koh** |

# STIPULATION

Plaintiff GABRIELLE GANGITANO and Defendants CABRILLO COLLEGE and ALEX B. TAURKE by and through counsel of record for the DISTRICT, hereby represent to the Court as follows:

1. By Order dated August 23, 2017, the parties were ordered to complete private mediation by November 30, 2017.

2. The parties respectfully request that the deadline to complete mediation be extended to December 8, 2017 and to file their joint case management statement (or a notice of settlement) by December 11, 2017 for the December 13, 2017 case management conference.

3. The parties have been diligently conducting discovery. The depositions of defendant Alex Taurke and Cabrillo College occurred respectively on October 9, 2017 and October 12, 2017. Written discovery is proceedings. Plaintiff, a college student, is scheduled to be deposed on November 10, 2017.

4. The parties have agreed to attend private mediation with John Bates, Jr., Esq. on December 8, 2017.

5. For all the good cause stated above, the parties respectfully request this Court continue the deadline to complete private mediation from November 30, 2017 to December 8, 2018 and to file their joint case management statement (or a notice of settlement) by December 11, 2017 for the December 13, 2017 case management conference

6. The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

It is so stipulated and agreed.

Dated:  October 23, 2017                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:    */s/ Nicole Phillips*
     Eugene B. Elliot
     Ethan M. Lowry
     Nicole L. Phillips
     Attorneys for Defendant
     CABRILLO COMMUNITY COLLEGE DISTRICT

| | |
|---|---|
| Dated:  October 23, 2017 | DAVIS & YOUNG, APLC |
| | By:  */s/ Mark Davis*<br>Mark E. Davis<br>Adam J. Davis<br>Attorneys for Defendant<br>ALEX TAURKE |
| Dated:  October 23, 2017 | KRISTENSEN WEISBERG, LLP |
| | By:  */s/ John Kristensen*<br>John P. Kristensen<br>David L. Weisberg<br>Christina M. Le<br>Attorneys for Plaintiff<br>GABRIELLE GANGITANO |

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.

Dated:  October 23, 2017                By:   */s/ Nicole Phillips*
                                              Nicole L. Phillips

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFORE, and the parties' having stipulated to the same, the parties' stipulation is hereby APPROVED.  The deadline to complete mediation currently set for November 30, 2017 is continued to December 8, 2017 and the deadline to file a joint case management statement is continued to December 11, 2017

**IT IS SO ORDERED.**

Dated:  _____                _____
                                         Lucy H. Koh
                                         UNITED STATES DISTRICT COURT JUDGE