.91608

MARK E. DAVIS—BAR NO. 79936
mdavis@davisyounglaw.com
ADAM J. DAVIS –BAR NO. 275964
adavis@davisyounglaw.com
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA  95126
Phone:  408.244.2166
Fax:       408.985.1814

Attorneys for Defendant
ALEX TAURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CABRILLO COLLEGE, a local educational agency; and ALEX B. TAURKE, an individual,<br><br>Defendants. | No. 5:17-cv-02870-SVK<br><br>**STIPULATION RE: DEFENDANT ALEX B. TAURKE'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

.91608

Plaintiff Gabrielle Gangitano and Defendant Alex B. Taurke hereby stipulate and agree as authorized by Local Rule 6-1(a) that Mr. Taurke's Answer (Doc. 17) filed in response to Plaintiff's Complaint (Doc. 1) will serve as Mr. Taurke's operative Answer and response to Plaintiff's First Amended Complaint (Doc. 34).

DATED: November 3, 2017

**DAVIS & YOUNG, APLC**

By */s/ Adam J. Davis*
   Mark E. Davis
   Adam J. Davis
   Attorneys for Defendant
   ALEX TAURKE

DATED: November 3, 2017

By */s/ John P. Kristensen*
   John P. Kristensen
   David L. Weisberg
   Christina M. Le
   Attorneys for Plaintiff
   GABRIELLE GANGITANO