United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CABRILLO COLLEGE, et al.,<br><br>　　　　　Defendants. | Case No.  17-cv-02870-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for December 13, 2017 at 2 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a).  The Court hereby ORDERS the parties to file one Joint Case Management Statement by Monday, December 11, 2017.

**IT IS SO ORDERED**.

Dated: December 7, 2017

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1

Case No.: 17-cv-02870-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT