John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*

*Attorneys for Plaintiff Gabrielle Gangitano*

# THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO, an individual, | Case No. 5:17-cv-02870-LHK |
| Plaintiff, | **DECLARATION OF JOHN P. KRISTENSEN** |
| vs. | |
| CABRILLO COLLEGE, a local educational agency; and ALEX B. TAURKE, an individual, | Complaint filed on May 18, 2017 |
| Defendants. | |

**DECLARATION OF JOHN P. KRISTENSEN**

# **DECLARATION OF JOHN P. KRISTENSEN**

I, John P. Kristensen, do hereby declare as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California, and I am a partner of the law firm of Kristensen Weisberg, LLP, one of the attorneys of record for Plaintiff Gabrielle Gangitano ("Plaintiff" and/or "Gangitano"). As such, I have personal knowledge of the facts surrounding the present action and all facts herein stated.

2. The Court signed a previous stipulation on October 24, 2015 granting a short continuance for filing a joint case management statement (or a notice of settlement) by December 11, 2017 for the December 13, 2017 case management conference.

3. The Court issued an order on December 7, 2017 directing parties to file a joint case management statement by December 11, 2017 as the parties has filed to file a joint case management statement 7 days in advance of the conference.

4. The parties will be attending a private mediation on Friday, December 8, 2017 in hopes of resolving this matter. Pending the mediation, the parties will file the joint case management statement, or in the alternative, a notice of settlement.

Dated: December 7, 2017                    **KRISTENSEN WEISBERG, LLP**


                                           */s/ John P. Kristensen*
                                           John P. Kristensen
                                           David L. Weisberg
                                           Christina M. Le
                                           Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12540 Beatrice Street, Suite 200, Los Angeles, California 90066. The foregoing document was served via ECF on all parties and their attorneys of record in case number 5:17-cv-02870-LHK entitled GABRIELLE GANGITANO v. CABRILLO COLLEGE, et al.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on Thursday, December 07, 2017.

*/s/ Luz Arely Portillo*
Luz Arely Portillo

CERTIFICATE OF SERVICE