1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GABRIELLE GANGITANO, | Case No. 17-CV-02870-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| CABRILLO COLLEGE, et al., | |
| Defendants. | |

    The parties' December 11, 2017 joint case management statement (ECF No. 41) represents that the parties reached a tentative settlement on December 8, 2017, which requires the approval "by both the Board of the College and SWACC (Statewide Association of Community Colleges)." *Id.* at 1. The parties state that "[t]he next meeting of SWACC is set on February 5, 2018." *Id.*

    Accordingly, the Court continues the case management conference scheduled for December 13, 2017 at 2:00 p.m. to February 21, 2018 at 2:00 p.m. The parties shall file a joint case management statement by February 14, 2018.

    The Court DENIES the parties' request for a stay. Instead, the Court GRANTS two month extensions on all case deadlines. For the convenience of the parties, the revised schedule is set forth below.

| **Scheduled Event** | **Date** |
|---|---|
| Further Case Management Conference | February 21, 2018 at 2:00 p.m. |

1

Case No. 17-CV-02870-LHK
CASE MANAGEMENT ORDER

| Close of Fact Discovery | April 9, 2018 |
|---|---|
| Opening Expert Reports | April 23, 2018 |
| Rebuttal Expert Reports | May 7, 2018 |
| Close of Expert Discovery | May 21, 2018 |
| Last Day to File Dispositive Motions (one per side in the entire case) | June 4, 2018 |
| Hearing on Dispositive Motions | July 12, 2018 at 1:30 p.m. |
| Final Pretrial Conference | September 13, 2018, at 1:30 p.m. |
| Jury Trial | October 1, 2018 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: December 12, 2017

_Lucy H. Koh_
LUCY H. KOH
United States District Judge