John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)
KRISTENSEN WEISBERG, LLP
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*

*Attorneys for Plaintiff Gabrielle Gangitano*

Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Nicole L. Phillips, State Bar No. 306686
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      eelliot@bfesf.com

Attorneys for Defendant CABRILLO COMMUNITY COLLEGE DISTRICT

MARK E. DAVIS—BAR NO. 79936
mdavis@davisyounglaw.com
ADAM J. DAVIS –BAR NO. 275964
adavis@davisyounglaw.com
DAVIS & YOUNG, APLC
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408.244.2166
Fax: 408.985.1814

Attorneys for Defendant ALEX TAURKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELLE GANGITANO,<br><br>    Plaintiff,<br><br>v.<br><br>CABRILLO COLLEGE, and ALEX B. TAURKE,<br><br>    Defendants. | Case No. 5:17-cv-02870-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br><br>Date:   February 21, 2018<br>Time:   2:00 p.m.<br>Dept.:  Courtroom 8 – 4th Floor<br><br>**Hon. Lucy H. Koh** |

TO THE COURT, ALL PARTIES AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Fed.R.Civ.Proc.26(f), Civil L.R. 16-9 and 16-10, and the Court's Order on December 12, 2017, the parties, plaintiff GABRIELLE GANGITANO ("Plaintiff") and defendants CABRILLO COMMUNITY COLLEGE DISTRICT ("Cabrillo College") and ALEX B. TAURKE ("Taurke"), through their counsel of record, met and conferred and prepared the following Joint Case Management Statement.

The parties went to mediation on, December 8, 2017, with John Bates, Esq., at JAMS in San Francisco.  The parties reached a tentative settlement.  Since one of the parties, Cabrillo College, is a public entity, the tentative settlement required approval by both the Board of the College and SWACC (Statewide Association of Community Colleges).  The Board of the College approved the settlement on January 18, 2018.  SWACC approved the settlement on February 5, 2018.

The parties are presently preparing the release agreement and processing payment.

Accordingly, the parties respectfully request that the February 21, 2018 Case Management Conference be continued to allow the parties to finalize and execute the release agreement and to prepare and file the appropriate dismissal documents.

Dated:  February 14, 2018                     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                              By:   */s/ Eugene Elliot*
                                                  Eugene B. Elliot
                                                  Nicole L. Phillips
                                                  Attorneys for Defendant
                                                  CABRILLO COMMUNITY COLLEGE DISTRICT

Dated:  February 14, 2018                     DAVIS & YOUNG, APLC

                                              By:   */s/ Mark Davis*
                                                  Mark E. Davis
                                                  Adam J. Davis
                                                  Attorneys for Defendant
                                                  ALEX B. TAURKE

1

JOINT CASE MANAGEMENT STATEMENT
USDC Case No.: 5:17-cv-02870-LHK

Dated: February 14, 2018                    KRISTENSEN WEISBERG LLP


                                            By:  */s/ Christina Le*
                                                 John P. Kristensen
                                                 David L. Weisberg
                                                 Christina M. Le
                                                 Attorneys for Plaintiff
                                                 GABRIELLE GANGITANO

### **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this document as /s/.


Dated: February 14, 2018                    By:  */s/ Eugene Elliot*
                                                 Eugene B. Elliot