UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GABRIELLE GANGITANO, | Case No. 17-CV-02870-LHK |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PARTIES TO FILE A STIPULATION TO DISMISS THE ACTION** |
| v. | |
| CABRILLO COLLEGE, et al., | |
| Defendants. | Re: Dkt. No. 43 |

The parties' request to continue the case management conference (ECF No. 43 at 1) is GRANTED. The case management conference is continued to March 28, 2018, at 2:00 p.m. The parties shall file either a stipulation of dismissal or a joint case management statement by March 21, 2018.

**IT IS SO ORDERED.**

Dated: February 15, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-02870-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PARTIES TO FILE A STIPULATION TO DISMISS THE ACTION