John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
Christina M. Le (SBN 237697)
**KRISTENSEN WEISBERG, LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*
*david@kristensenlaw.com*
*christina@kristensenlaw.com*

*Attorneys for Plaintiff Gabrielle Gangitano*

Eugene B. Elliot, (SBN 111475)
Ethan M. Lowry, (SBN 278831)
Nicole L. Phillips, (SBN 306686)
**BERTRAND, FOX, ELLIOT, OSMAN & WENSEL**
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Fax:  (415) 353-0990
*eelliot@bfesf.com*
*elowry@bfesf.com*
*nphillips@bfesf.com*

*Attorneys for Defendant Cabrillo Community College District*

Mark E. Davis (SBN 79936)
Adam J. Davis (SBN 275964)
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 408-244-2166
Fax: 408-985-1814
*mdavis@davisyounglaw.com*
*adavis@davisyounglaw.com*

*Attorneys for Defendant Alex Taurke*

**THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| GABRIELLE GANGITANO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CABRILLO COLLEGE, a local educational agency; and ALEX B. TAURKE, an individual,<br><br>    Defendants. | Case No. 5:17-cv-02870-LHK<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CABRILLO COMMUNITY COLLEGE DISTRICT AND ALEX TAURKE**<br><br>Assigned to the Hon. Lucy H. Koh<br><br>Complaint filed on May 18, 2017 |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS**

-1-

**IT IS HEREBYT STIPULATED** by and between Plaintiff **GABRIELLE GANGITANO** and Defendants **CABRILLO COMMUNITY COLLEGE DISTRICT** and **ALEX TAURKE**, that the above-entitled Defendants are hereby dismissed **with prejudice** against **CABRILLO COMMUNITY COLLEGE DISTRICT** and **ALEX TAURKE** .

Dated:  March 2, 2018                                      **KRISTENSEN WEISBERG, LLP**

*/s/ John P. Kristensen*
John P. Kristensen
David L. Weisberg
Christina M. Le
Attorneys for Plaintiff

Dated:  March 2, 2018                                      **BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: */s/ Eugene B. Elliot*
Eugene B. Elliot
Ethan M. Lowry
Nicole L. Phillips
Attorneys for Defendant
CABRILLO COMMUNITY
COLLEGE DISTRICT

Dated:  March 2, 2018                                      **DAVIS & YOUNG, LLP**

By: */s/ Adam J. Davis*
Adam J. Davis
Mark E. Davis
Attorneys for Defendant
ALEX B. TAURKE

# ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel for Defendants Cabrillo Community College District and Alex Taurke to show their signature on this document as /s/.

Dated:  March 2, 2018                              **KRISTENSEN WEISBERG, LLP**

                                                                        */s/ John P. Kristensen*
                                                                        John P. Kristensen
                                                                        David L. Weisberg
                                                                        Christina M. Le
                                                                        Attorneys for Plaintiff

**IT IS SO SORDERED:**

Dated: March ___, 2018                              _____
                                                                        Hon. Lucy H. Koh

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12540 Beatrice Street, Suite 200, Los Angeles, California 90066. The foregoing document was served via ECF on all parties and their attorneys of record in case number 5:17-cv-02870-LHK entitled GABRIELLE GANGITANO v. CABRILLO COLLEGE, et al.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on Friday, March 02, 2018.

*/s/ Luz Arely Portillo*
Luz Arely Portillo