UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELLE GANGITANO,<br><br>            Plaintiff,<br><br>      v.<br><br>CABRILLO COLLEGE, et al.,<br><br>            Defendants. | Case No. 17-CV-02870-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 45 |

The parties' stipulation to dismiss Defendants Cabrillo College and Alex Taurke with prejudice is GRANTED.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 2, 2018

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-02870-LHK
ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE